JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
ALEC WARD, DISTRICT OF COLUMBIA BAR NO. 1781142
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION
950 PENNSYLVANIA AVENUE
WASHINGTON, DISTRICT OF COLUMBIA 20530

U.S. COURTS
JAN 11 2023
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW ALAN LEHIGH, <br><br> Defendant. | Case No. CR 23-0012-S-BLW <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 249(a)(2) |

The Grand Jury charges:

### COUNT ONE
(Hate Crime Acts)
**18 U.S.C. § 249(a)(2)**

On or about October 12, 2022, in the District of Idaho, the defendant, MATTHEW ALAN LEHIGH, willfully attempted, through the use of a dangerous weapon (to wit, a vehicle),

INDICTMENT—1

to cause bodily injury to S.T. and C.S., because of their actual and perceived sexual orientation; specifically, LEHIGH drove his car at and attempted to strike S.T. and C.S., because of their perceived sexual orientation. In connection with the offense, LEHIGH used an instrumentality of interstate commerce (to wit, a vehicle); and employed a dangerous weapon (to wit, a vehicle) that had traveled in interstate and foreign commerce.

All of which is in violation of Title 18 United States Code, Section 249(a)(2).

Dated this 10th day of January, 2023.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
KATHERINE HORWITZ
ASSISTANT UNITED STATES ATTORNEY

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
By:

_____
ALEC WARD
Trial Attorney, Criminal Section
Civil Rights Division
U.S. Department of Justice

INDICTMENT—2