AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW ALAN LEHIGH,<br><br>Defendant. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case No. 1:23-cr-00012-BLW-1 |

It is ORDERED that a detention hearing is set for Thursday, February 16, 2023 at 10:00 a.m. in Courtroom 7 before Chief U.S. Magistrate Judge Raymond E. Patricco.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: February 10, 2023

Raymond E. Patricco
Chief U.S. Magistrate Judge