JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
ALEC WARD, DISTRICT OF COLUMBIA BAR NO. 1781142
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION
950 PENNSYLVANIA AVENUE
WASHINGTON, DISTRICT OF COLUMBIA 20530

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>    vs.<br><br>MATTHEW ALAN LEHIGH,<br><br>Defendant. | Case No. 1:23-cr-00012-BLW<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S AMENDED MOTION TO REVOKE ORDER OF DETENTION AND TEMPORARY RELEASE** |

    The United States of America, by and through the undersigned counsel, respectfully informs the Court that it does not object to the relief sought by Defendant Matthew Alan Lehigh in his Amended Motion to Revoke Order of Detention and Temporary Release (ECF No. 37).

**Factual Background**

Over the course of one week in October 2022, the defendant burned an LGBTQ Pride flag affixed to a same-sex couple's home, vandalized a church-affiliated LGBTQ community center, assaulted a man in a grocery store for wearing a jacket decorated with an emblem he associated with pagan religious beliefs, threatened and assaulted a transgender library employee before trying to run over a security guard who came to her defense, and attempted to run over victims C.S. and S.T. because he believed them to be lesbians.

Shortly after this last assault, the defendant was arrested and charged in Ada County District Court with multiple counts of aggravated assault. While in custody for those state charges, the defendant was transferred to a state mental health facility for a competency evaluation.  During his evaluation, the defendant was diagnosed with paranoid schizophrenia and cannabis abuse disorder.  Deemed competent, he returned to Ada County for proceedings in his state criminal case.

**Procedural Background**

On January 10, 2023, a grand jury in the District of Idaho returned an indictment charging the defendant with one count of violating 18 U.S.C. § 249(a)(2) by using his car as a dangerous weapon in an attempt to cause bodily injury to two victims because of their actual and perceived sexual orientation. *See* Indictment, ECF 1 (Jan. 11, 2023).  On February 10, 2023, the government moved for detention based on the danger the defendant posed to the community. Motion, ECF 7 (Feb. 10, 2023).  In response, the defendant proposed release based on a two-part plan: first, that he be released into a secure mental-health hospital and, if

deemed safe by the medical staff, then released to the care of his father, Richard Lehigh.  *See* Response, ECF 22 (Mar. 6, 2023).

On March 7, the Court conducted a two-hour detention hearing during which the defense called a psychiatric nurse (Renee Gerhardt) and Richard Lehigh. *See* Minute Entry, ECF 23 (Mar. 7, 2023).  The government objected to this plan as insufficient to assure the safety of the community, but noted that it would not object to temporary release to a secure mental-health treatment facility. *See* Reply, ECF 25 (Mar. 8, 2023).  The government also noted that, even if the Court ordered detention, it retained the authority to order the defendant's temporary release for a "compelling reason" under 18 U.S.C. § 3142(i)(4) and submitted that it did not oppose that "inpatient psychiatric treatment in a secure wing of Intermountain Hospital" would qualify as such a compelling reason. *See id.* at 5.

Finding that the defendant posed a serious risk to the safety of the public, the Court detained him.  Sealed Order, ECF 30, at 4–6.  Additionally, the Court found that mental health treatment warranted a compelling reason to temporarily release the defendant to the care of Intermountain Hospital, as proposed by the defendant in his release plan.  *Id.* at 8–9.  The Court ordered that the defendant be given mental health treatment and established the parameters of his temporary to ensure the public's safety.  *See id.*

Initially, the defendant objected to both the Court's detention and the temporary release for mental health treatment. Emergency Motion to Revoke, ECF 31, at 1–2. Since then, however, the defendant has withdrawn his objection to the finding that he be detained pending trial in this matter.  Specifically, in his Amended Motion to Revoke, Mr. Lehigh makes clear that he:

GOVERNMENT'S RESPONSE TO AMENDED MOTION TO REVOKE ORDER OF
DETENTION—3

now seeks to have this Court revoke the portion of the magistrate's order directing Mr. Lehigh's temporary release. The impact of this requested relief is that, absent a successful motion to re-open the detention hearing, Mr. Lehigh will remain detained prior to trial without being subjected to a court-ordered mental examination unless either reasonable grounds arise that Mr. Lehigh is incompetent, or unless Mr. Lehigh provides written notice of the intent to present an insanity defense and/or expert testimony regarding his mental condition bearing on the issue of guilt.

Amended Motion to Revoke Order of Detention, ECF 37, at 5 (Mar. 17, 2023). Defendant further noted that his request "supersedes the defendant's prior motion to revoke or stay the order pending appeal." *See id.*

In light of this amendment, the government does not object to the relief sought.

Respectfully submitted this 23rd day of March, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY

By:

*/s/ Katherine Horwitz*
KATHERINE HORWITZ
Assistant United States Attorney

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL

By:

*/s/ Alec C. Ward*
Alec C. Ward
Trial Attorney
Civil Rights Division, Criminal Section

GOVERNMENT'S RESPONSE TO AMENDED MOTION TO REVOKE ORDER OF DETENTION—4

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on March 23, 2023, the foregoing **GOVERNMENT'S RESPONSE TO AMENDED MOTION TO REVOKE ORDER OF DETENTION** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Mark Ackley<br>702 W. Idaho Street<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

/s/ *Katherine Horwitz*
Katherine Horwitz
Assistant United States Attorney

GOVERNMENT'S RESPONSE TO AMENDED MOTION TO REVOKE ORDER OF DETENTION—5