# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | Matthew Alan Lehigh | **CASE INFORMATION:** | |
| **JUVENILE:** | No | **RELATED COMPLAINT:** | |
| **PUBLIC or SEALED:** | Public | **CASE NUMBER:** | 1:23-cr-00012-BLW |
| **SERVICE TYPE:** (Summons/ Warrant/ Notice) | Notice | | |
| **ISSUE:** | Yes | **County of Offense:** | Ada |
| **INTERPRETER:** | No | | |
| **If YES, language:** | | | |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Information

| | | | |
|---|---|---|---|
| **Felony:** | **Yes** | **Class A Misdemeanor:** | **No** |
| | | **Class B or C Misdemeanor:** (Petty Offense) | **No** |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 249(a)(2)** | **ONE** | **Hate Crime Acts** | Up to 10 years of imprisonment; Up to a $250,000 fine; 3 years of supervised release; and a $100 special assessment. |
| **18 U.S.C. § 249(a)(2)** | **TWO** | **Hate Crime Acts** | Up to 10 years of imprisonment; Up to a $250,000 fine; 3 years of supervised release; and a $100 special assessment. |

Date: 23 May 2023

Assistant U.S. Attorney: KATHERINE L. HORWITZ

Telephone No.: (208) 334-1211